UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA

v.

CHRISTOPHER CUMMINS,

              Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

17 CRIM 026

JUDGE ENGELMAYER

NOTICE OF INTENT TO
FILE AN INFORMATION

JUDGE ENGELMAYER

    Please take notice that the United States Department of Justice Antitrust Division will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated: 12/29/16
New York, New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/29/16

By: _____
BENJAMIN SIROTA
Trial Attorney
Antitrust Division

JEFFREY D. MARTINO
Chief, New York Office
Antitrust Division
U.S. Department of Justice

AGREED AND CONSENTED TO:

By: _____
EVAN BARR, ESQ.
Attorney for Christopher Cummins