DOCKET No. 17 CR 026     DEFENDANT: CHRISTOPHER CUMMINS

AUSA ERIC HOFFMAN     DEF.'S COUNSEL EVAN BARR
☒ RETAINED   ☐ FEDERAL DEFENDERS   ☐ CJA

☐ _____ INTERPRETER NEEDED     ☐ DEFENDANT WAIVES PRE-TRIAL REPORT

☒ Rule 5   ☐ Rule 9   ☐ Rule 5(c)(3)   ☐ Detention Hrg.     DATE OF ARREST _____   ☒ VOL. SURR.
                                                             TIME OF ARREST _____   ☐ ON WRIT
☐ Other: _____                                          TIME OF PRESENTMENT 11:30

**BAIL DISPOSITION**

☐ DETENTION ON CONSENT W/O PREJUDICE     ☐ DETENTION: RISK OF FLIGHT/DANGER   ☐ SEE ORDER
☐ DETENTION: HEARING SCHEDULED FOR _____
☐ AGREED CONDITIONS OF RELEASE
☐ DEFENDANT RELEASED ON OWN RECOGNIZANCE
☒ $ 50,000 PRB
☐ _____ FRP
☐ SECURED BY $ _____ CASH/PROPERTY: _____
☒ TRAVEL RESTRICTED TO SDNY/EDNY/ Continental USA
☒ SURRENDER TRAVEL DOCUMENTS (& NO NEW APPLICATIONS)
☒ REGULAR PRETRIAL SUPERVISION     ☐ STRICT PRETRIAL SUPERVISION
☐ DRUG TESTING/TREATMENT   ☐ MENTAL HEALTH EVALUATION/TREATMENT
☐ HOME INCARCERATION   ☐ HOME DETENTION   ☐ CURFEW   ☐ ELECTRONIC MONITORING
☐ OTHER CONDITIONS _____

☐ DEF. TO BE DETAINED UNTIL ALL CONDITIONS ARE MET
☒ DEF. TO BE RELEASED ON OWN SIGNATURE; REMAINING CONDITIONS TO BE MET BY _____
☐ DEF. TO BE RELEASED UPON SATISFACTION OF FOLLOWING CONDITIONS: _____
_____ ; REMAINING CONDITIONS TO BE MET BY _____

COMMENTS/ADDITIONAL PROCEEDINGS:

Reg. PTS Supervision by phone or internet
△ pleads GUILTY to Ct. 1 of the Information

☐ DEF. ARRAIGNED; PLEADS NOT GUILTY           ☐ CONFERENCE BEFORE D.J. ON _____
☐ SPEEDY TRIAL TIME EXCLUDED UNDER 18 U.S.C. § 3161(h)(7) UNTIL _____

FOR RULE 5(c)(3) CASES:
☐ IDENTITY HEARING WAIVED                     ☐ PRELIMINARY HEARING WAIVED
☐ DEFENDANT TO BE REMOVED                     ☐ ON DEFENDANT'S CONSENT

DATE FOR PRELIMINARY HEARING _____       ☐ ON DEFENDANT'S CONSENT

DATE: 1/12/2017                               Paul A. Engelmayer
                                              UNITED STATES ~~MAGISTRATE JUDGE~~, S.D.N.Y.
                                              DISTRICT JUDGE

WHITE (ORIGINAL) - COURT FILE   PINK - U.S. ATTORNEY'S OFFICE   YELLOW - U.S. MARSHAL   GREEN - PRETRIAL SERVICES AGENCY
REV (2011) IH 2

*USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: JAN 12 2017*