UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------ X

UNITED STATES OF AMERICA

    - v. -

CHRISTOPHER CUMMINS,

              Defendant.

------------------------------------------ X

17 CR

**17 CRIM 026.**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JAN 1 2 2017

      The above-named defendant, who is accused of violating Title 15, United States Code, Section 1, being advised of the nature of the charge and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

Dated:    New York, NY
           January _12_, 2017

                              _____
                              Christopher Cummins

                            WITNESS: _____

              By:    _____
                      Evan Barr, Esq.
                      Attorney for Christopher Cummins

JUDGE ENGELMAYER