USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/13/2017

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| | : CRIMINAL NO. 17 Cr. 26 (PAE) |
| - v. - | : |
| | : |
| CHRISTOPHER CUMMINS, | : |
| | : |
| Defendant. | : |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORDER ESTABLISHING PROCEDURE FOR CRIME VICTIM NOTIFICATION
PURSUANT TO 18 U.S.C. § 3771(d)(2)

On this date, the Court considered the Unopposed Motion to Authorize Alternative Victim Notification Procedures Pursuant to 18 U.S.C. § 3771(d)(2), filed by the United States Department of Justice, Antitrust Division. Having considered the Motion and for good cause shown, the Court **GRANTS** the Motion and **ORDERS** that for any public court or parole proceeding involving the crime, the Antitrust Division may provide reasonable, accurate, and timely notice to potential crime victims through its website, http://www.justice.gov/atr/victim/vrhearings.htm, and through notice to lead counsel for the plaintiffs in the class action entitled, *In re Foreign Exchange Benchmark Rates Antitrust Litigation*, No. 13-cv-7789 (LGS) (SDNY), rather than through individual

notices to the crime victims.

**IT IS SO ORDERED.**

**DATED** this ___12th___ day of January, 2017.

_____
Paul A. Engelmayer
United States District Judge