**Fried, Frank, Harris, Shriver & Jacobson LLP**

# FRIED FRANK

One New York Plaza
New York, New York 10004
Tel: +1.212.859.8000
Fax: +1.212.859.4000
www.friedfrank.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: **3-11-20**

Direct Line: +1.212.859.8951
Email: evan.barr@friedfrank.com

March 6, 2020

**By ECF**

Honorable John G. Koeltl
United States District Court Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

*ADJOURNED TO FRIDAY, MAY 15, 2020, AT 10:30am. SO ORDERED.*

*3/10/20* [signature]
*USDJ*

Re:   *United States v. Christopher Cummins*, 17-cr-00026 (JGK)

Dear Judge Koeltl:

This firm represents defendant Christopher Cummins in the above-captioned criminal action. Mr. Cummins is currently scheduled to be sentenced on April 9, 2020. We respectfully write to request a 30-day adjournment of sentencing.

By way of background, in January 2017, Mr. Cummins pled guilty, pursuant to a cooperation agreement, to a one-count Information charging him with antitrust violations. Subsequently, Judge Engelmeyer deferred sentencing on five occasions to facilitate his ongoing cooperation with the Government. In November 2019, as part of that cooperation, Mr. Cummins testified for several days before Your Honor at trial in *United States v. Akshay Aiyer*, 18 Cr. 333.

On February 27, 2020, Mr. Cummins appeared at the U.S. Probation Office for his presentence investigation interview. It is our understanding that the first disclosure of the Presentence Report is now due on March 20, 2020, and the second disclosure due on April 17, 2020.

Given this schedule, we respectfully request an adjournment of sentencing to any mutually convenient date during the week of May 11, 2020 or thereafter. This adjournment will provide the defense with time to incorporate the PSR into our sentencing submission and to continue discussions with the Government related to the applicable Sentencing Guidelines and the preparation of the 5K letter. We have communicated with DOJ Trial Attorney Eric Hoffman, Esq. who consents to the requested adjournment.

Fried, Frank, Harris, Shriver & Jacobson LLP

March 6, 2020
Page 2

Respectfully submitted,

*s/ Evan T. Barr*

Evan T. Barr

cc:   Eric Hoffman