

U.S. Department of Justice

Antitrust Division

*New York Office*
*26 Federal Plaza*
*Room 3630*
*New York, New York*
*10278-0140*

April 15, 2020

**BY ECF**

The Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

> Sentence is adjourned to July 24, 2020 at 10:00 AM.
> SO ORDERED.
>
> New York, NY      /s/ John G. Koeltl
> April 16, 2020    John G. Koeltl, U.S.D.J.

    Re:  *United States v. Cummins*, 17-cr-26 (JGK)

Dear Judge Koeltl:

    The Government respectfully requests that the Court adjourn the sentencing of Christopher Cummins until on or after June 15, 2020, from the current sentencing date of May 15, 2020, with the dates for the parties' sentencing submissions adjusted accordingly.  Mr. Cummins testified as a government cooperator in the matter of *United States v. Aiyer*, 18-cr-333.  Mr. Aiyer was convicted and is scheduled to be sentenced on May 29, 2020.

    There are common issues relevant to both sentencings, such as volume of commerce calculations, that are likely to be resolved at Aiyer's sentencing.  This is the sixth request for adjournment of sentencing in this case.  Counsel for Mr. Cummins joins in this request.  If the Court has any questions, I can be reached at (212) 824-1346.

    Respectfully,

    /s/ Eric Hoffmann
    Eric Hoffmann
    Trial Attorney
    United States Department of Justice
    Antitrust Division
    26 Federal Plaza, Ste 3630
    New York, NY 10278

cc: Evan Barr, Esq.; Alexis Casamassima, Esq.