**Fried, Frank, Harris, Shriver & Jacobson LLP**

**FRIED FRANK**

One New York Plaza
New York, New York 10004
Tel: +1.212.859.8000
Fax: +1.212.859.4000
www.friedfrank.com

Direct Line: +1.212.859.8951
Email: evan.barr@friedfrank.com

June 30, 2020

*By ECF*

Honorable John G. Koeltl
United States District Court Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Christopher Cummins*, 17-cr-00026 (JGK)

Dear Judge Koeltl:

    This firm represents defendant Christopher Cummins in the above-captioned criminal action. Mr. Cummins is currently scheduled to be sentenced on July 24, 2020, with submissions due on July 10, 2020. We respectfully write to request a 30-day adjournment of sentencing.

    As Your Honor is aware, Mr. Cummins testified as a government cooperator in the matter of *United States v. Akshay Aiyer* in November 2019. Mr. Aiyer was convicted and is presently scheduled for sentencing by the Court on July 10, 2020.

    There are several issues relevant to both sentencings, including volume of commerce calculations, which are likely to be resolved at Mr. Aiyer's sentencing. We would like to incorporate these determinations into our written sentencing submission. In addition, the ongoing COVID-19 pandemic has created logistical issues for the defendant and his family members in preparing for and appearing at a live in-court sentencing which will hopefully be alleviated, at least to some degree, by an additional adjournment. This is the seventh request to postpone sentencing in this case.

Fried, Frank, Harris, Shriver & Jacobson LLP

Honorable John G. Koeltl　　　　　　　　　　　　　　　　　　　　June 30, 2020
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Page 2

　　　　We have communicated with DOJ Trial Attorney Eric Hoffmann, Esq. who consents to the requested adjournment.

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　/s/ Evan T. Barr
　　　　　　　　　　　　　　　　　　　　　Evan T. Barr

EB:kw

> The sentencing is adjourned to October 6, 2020 at 10:30 AM.
>
> SO ORDERED.
> New York, NY　　　/s/ John G. Koeltl
> July 1, 2020　　　　John G. Koeltl, U.S.D.J.

22108735