UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

                -against-

CHRISTOPHER CUMMINS,
                     Defendant.
-----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: _10-27-20_

17 cr 26 (JGK)

**ORDER**

At sentencing, on October 22, 2020, the Court corrected Paragraph 106 of the

Presentence Report to reflect that the bottom end of the fine should be $20,000, instead of

$6,000.  The Court, afer reviewing the Presentence Report, also corrects the recommendation

section (Page 25), to reflect that the fine range should be $20,000, instead of $6,000.

**SO ORDERED.**

_____
**JOHN G. KOELTL**
**UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       October 27, 2020