**Fried, Frank, Harris, Shriver & Jacobson LLP**

**FRIED FRANK**

One New York Plaza
New York, New York 10004
Tel: +1.212.859.8000
Fax: +1.212.859.4000
www.friedfrank.com

Direct Line: +1.212.859.8101
Email: alexis.casamassima@friedfrank.com

December 1, 2020

**By ECF**

Honorable John G. Koeltl
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Christopher Cummins*, 17 CR 00026 (JGK)

Dear Judge Koeltl:

    This firm represents defendant Christopher Cummins in the above-captioned criminal action. As Your Honor is aware, on October 22, 2020, the Court sentenced Mr. Cummins to time served and two years of supervised release. As judgment has now been entered, we respectfully request that the Court issue the proposed order attached as **Exhibit A** directing U.S. Pretrial Services (or any other government agency with custody) to return Mr. Cummins' passport to undersigned counsel.

    Respectfully submitted,

    *s/ Alexis R. Casamassima*
    Alexis R. Casamassima

cc:    All counsel of record (by ECF)