UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- against -

CHRISTOPHER CUMMINS,

Defendant.

17 Cr. 00026 (JGK)

[PROPOSED] ORDER FOR RETURN OF DEFENDANT'S PASSPORT

IT IS HEREBY ORDERED, that U.S. Pretrial Services or any other agency that has custody of Defendant Christopher Cummins' passport return it to the Defendant's counsel.

Dated: December 2, 2020
New York, New York

_____
Hon. John G. Koeltl

United States District Judge
Southern District of New York

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/2/2020